UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

PARIS LEE JENKINS,

        Plaintiff,                    Case No. 1:20-cv-500

v.                                          Honorable Paul L. Maloney

UNKNOWN SMITH et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  June 25, 2020                      /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge